UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
TODD ERICK LUNDQUIST,                      )
                                           )
                Plaintiff,             ) Case No. C14-1785RSL
                                           )
       v.                                    )
                                           ) ORDER DENYING PLAINTIFF'S
THE STATE OF WASHINGTON, *et al.*,         ) MOTION FOR SUMMARY
                                           ) JUDGMENT AND DISMISSING
                Defendants.            ) ACTION
_____)

      This matter comes before the Court on plaintiff's "Motion for Summary Judgment on Liability for Conversion." Dkt. # 28. Plaintiff's conversion claim is barred by all potentially-applicable statutes of limitation. As discussed more fully in this Court's "Order Granting Defendants' Motion for Summary Judgment" (Dkt. # 34), defendants' allegedly wrongful acts occurred in 2006, and they have done nothing within the limitations period that could give rise to a conversion claim. The continuing ill effects of the allegedly wrongful conduct does not trigger a new limitations period. Plaintiff's motion for summary judgment is therefore DENIED, and the Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

ORDER DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
AND DISMISSING ACTION

1   Dated this 21st day of August, 2015.

3   */s/ Robert S. Lasnik*

4   Robert S. Lasnik

5   United States District Judge

26  ORDER DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
AND DISMISSING ACTION            -2-